# IN THE SUPREME COURT OF THE STATE OF NEVADA

THE STATE OF NEVADA,
Appellant,
vs.
MARCUS PARIS,
Respondent.

No. 82330

**FILED**

DEC 17 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal by the State from a district court order granting in part a pretrial petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Jerry A. Wiese, Judge. Because it appeared that a judgment of conviction had been entered and rendered the appeal moot, this court directed the State to show cause why the appeal should not be dismissed as moot. The State has responded and concedes that the appeal is moot and asks this court to dismiss the appeal. Because the appeal is moot, *see Personhood Nev. v. Bristol*, 126 Nev. 599, 602, 245 P.3d 572, 574 (2010) (holding that an appeal becomes moot when a live controversy no longer exists), we

ORDER this appeal DISMISSED.[1]

_____, C.J.
Hardesty

_____, J.
Herndon

_____, Sr.J.
Gibbons

---

[1]The Honorable Mark Gibbons, Senior Justice, participated in the decision of this matter under a general order of assignment.

cc: Hon. Jerry A. Wiese, District Judge
Attorney General/Carson City
Clark County District Attorney
Clark County Public Defender
Eighth District Court Clerk